**Order filed July 12, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00774-CR
_____

**LESLIE JONES BURKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law
Polk County, Texas
Trial Court Cause No. 2017-0228**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 20, a survelliance video (Bank) and State's Exhibit 21, a survelliance video (P.D.).**

The clerk of the County Court at Law is directed to deliver to the Clerk of this court the original of State's Exhibit 20, a survelliance video (Bank) and State's Exhibit 21, a survelliance video (P.D.), on or before **July 23, 2018.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 20, a survelliance video (Bank) and State's Exhibit 21, a survelliance video (P.D.), to the clerk of the County Court at Law.

PER CURIAM